UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY MOORE,

    PETITIONER,

-vs-                                             Case No. 5:16-cv-00120-WTH-CAS

N C ENGLISH,

    RESPONDENT.
_____/

## **O R D E R**

This matter is before the Court on ECF No. 17, the Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to follow the orders of the Court. The Magistrate Judge filed the Report on January 4, 2017. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. The Report and Recommendation of the Magistrate Judge (ECF No. 17) is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice. The Clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 10th day of February, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: